UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAE YUNG KIM,<br><br>        Petitioner-Appellant,<br><br>v.<br><br>A. M. GONZALES,<br><br>        Respondent-Appellee. | No. 18-55318<br><br>D.C. No. 2:14-cv-00089-R-AFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: TROTT and WARDLAW, Circuit Judges.

The motion to file a document under seal (Docket Entry No. 5) is denied for failure to demonstrate "irreparable injury in the absence of such relief." *See* Interim Circuit Rule 27-13(e).

The request for a certificate of appealability (Docket Entry No. 6) is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

Any pending motions are denied as moot.

**DENIED.**